UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kathleen O'Connor, and
Julie Tossey,

Plaintiffs,

vs.

City of St. Paul, Timothy K. Fuller,
Gary Olding, Mark Robertson,
Patrick Smith, John Hamilton,
Mayor Norm Coleman, and Chris Cook,

Defendants.

Case No. 01-CV-846 MJD/SRN

**SECOND AMENDED**
**PRETRIAL SCHEDULING ORDER**

Pursuant to Local Rule 16.3 the pretrial scheduling order is modified as set forth below. Except as modified below, this Court's March 11, 2002 Amended Pretrial Scheduling Order shall remain in full force and effect.

**Discovery Plan**

1. **Discovery shall be commenced in time to be completed by August 30, 2002.**

2. Plaintiffs shall identify the expert witnesses they intend to call at trial on or before June 21, 2002.

3. Per the stipulation of the parties, Defendants' Supplemental Expert Witness Identification dated May 30, 2002, is deemed timely.

4. Plaintiffs shall identify all those individuals who, with some reasonable degree of certainty, they are likely to call as witnesses at trial on or before July 15, 2002.

5. Defendants shall make full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, on or before August 14, 2002.

**Non-Dispositive Motions**

(Non-dispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk, 651-848-1200.)

JUN 18 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

1. All motions which seek to amend the pleadings or add parties must be served by November 2, 2001.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by September 13, 2002.

**Dispositive Motions**

1. All dispositive motions shall be served, filed and heard by December 2, 2002. (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Debra Long, 612-664-5073.)

**Trial**

This case shall be ready for trial **(JURY)** on February 3, 2003, or upon resolution of any pending dispositive motions. Anticipated length of trial is 10 days.

Dated: June 18, 2002

Susan Richard Nelson
Honorable Susan Richard Nelson
United States Magistrate Judge