**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Kathleen O'Connor, and
Julie Tossey,

Plaintiffs,

vs.

City of St. Paul, Timothy K. Fuller,
Gary Olding, Mark Robertson,
Patrick Smith, John Hamilton,
Mayor Norm Coleman, and Chris Cook,

Defendants.

Case No. 01-CV-846 MJD/SRN

**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT JOHN HAMILTON AND ORDER**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that the causes of action of Plaintiffs Kathleen O'Connor and Julie Tossey against Defendant John Hamilton, are dismissed with prejudice and on the merits, without further cost to any of the parties.

**ATTORNEYS FOR PLAINTIFFS**

Dated: 7-22-02

Sandra K. Kensy
Attorney at Law
5430 Carlson Road
St. Paul, MN 55126

Dated: 8-1-02

Daniel J. Boivin
MESHBESHER & SPENCE
1616 Park Avenue
Minneapolis, MN 55404

FILED 8-12-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 8-12-02
DEPUTY CLERK

Kathleen O'Connor, et al v. City of St. Paul, et al., Civil No.: 01-846 (MJD/SRN)

**ATTORNEY FOR CITY OF ST. PAUL**

MANUAL J. CERVANTES
City Attorney

Dated: 8-05-02

FRANK E. VILLAUME III
Assistant City Attorney
550 City Hall and Court House
15 West Kellogg Boulevard
St. Paul, Minnesota 55102

**ORDER**

Based upon the foregoing Stipulation For Dismissal With Prejudice entered into by the parties, through their respective counsel, and upon all the files, records and proceedings herein;

IT IS HEREBY ORDERED that the Plaintiffs' action against Defendant John Hamilton is dismissed with prejudice on the merits without further cost to any of the parties hereto; and

IT IS FURTHER ORDERED that Defendant John Hamilton's name be stricken from the caption.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: 8-12-02

Michael J. Davis
Judge of United States District Court

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK