**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Kathleen O'Connor, and**
**Julie Tossey,**

**Civil No. 01-846 MJD/SRN**

**Plaintiffs,**

**v.**

**THIRD AMENDED**
**PRETRIAL SCHEDULING ORDER**

**The City of St. Paul,**
**Timothy K. Fuller, Gary Olding,**
**Mark Robertson, Patrick Smith,**
**John Hamilton, Mayor Norm Coleman,**
**and Chris Cook,**

**Defendants.**

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective November 1, 1996, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

**Discovery Plan**

1. **Discovery shall be commenced in time to be completed by October 18, 2002.**

2. Plaintiffs shall identify the expert witnesses they intend to call at trial on or before June 21, 2002.

3. Per the stipulation of the parties, Defendants' Supplemental Expert Witness Identification dated May 30, 2002, is deemed timely.

4. Plaintiffs shall identify all those individuals who, with some reasonable degree of certainty, they are likely to call as witnesses at trial on or before July 15, 2002.

FILED OCT 09 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

5. Defendants shall make full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, on or before August 14, 2002.

6. **The production of redacted personnel files shall take place by the Defendants on or before October 18, 2002.**

7. **Plaintiffs' expert shall supplement his expert report, if at all, on or before October 28, 2002.**

8. **Defendants shall redepose plaintiffs' expert, if at all, on or before November 11, 2002.**

**Non-Dispositive Motions**

(Non-dispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk, 651-848-1200.)

1. All motions which seek to amend the pleadings or add parties must be served by November 2, 2001.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by September 13, 2002.

**Dispositive Motions**

1. All dispositive motions shall be served and filed by **January 15, 2003**. (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Debra Long, 612-664-5073.)

2. **Defendants shall serve their motion for summary judgment no later than November 18, 2002.**

**Trial**

This case shall be ready for trial **(JURY)** on **April 1, 2003**, or upon resolution of any pending dispositive motions. Anticipated length of trial is 10 days.

Dated: October 9, 2002

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge