**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Kathleen O'Connor, and
Julie Tossey,
Plaintiffs,

v.

City of St. Paul;
Timothy K. Fuller;
Gary Olding; and Chris Cook
Defendants.

Case No. 01-CV-846 MJD/SRN

**STIPULATION FOR AMENDMENT AND ORDER**

It is hereby stipulated and agreed by and between the parties, through their respective counsel:

1. The Plaintiffs may amend their Complaint in the form attached as Exhibit A;

2. The Defendants accept service of the Amended Complaint; and

3. Defendants' Answers to the Amended Complaint will be due within ten days of entry of the Order pursuant to this stipulation.

**ATTORNEYS FOR PLAINTIFFS**

Dated: 11/4/02

Sandra K Kensy
Sandra K. Kensy (#225198)
Attorney at Law
5430 Carlson Road
St. Paul, MN 55126
(651) 494-9463

Dated: 11/5/02

Daniel J. Boivin (#135215)
MESHBESHER & SPENCE
1616 Park Ave. S.
Minneapolis, MN 55404
(612) 339-9121

FILED NOV 1 8 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

**ATTORNEYS FOR DEFENDANT GARY OLDING**

Dated: 10-22-02

John H. Guthmann(#123079)
HANSEN, DORDELL, BRADT, ODLAUG & BRADT
3900 Northwoods Drive, Suite 250
St. Paul, MN 55112
(651) 482-8900

Dated: 10-18-02

David H. Johnson (#202666)
Karin E. Peterson (#185048)
RICE, MICHELS & JOHNSON, LLP
206 East Bridge-Riverplace
10 Second St. N.E.
Minneapolis, MN 55413
(612) 676-2300

**ATTORNEYS FOR DEFENDANTS CITY OF ST. PAUL, TIMOTHY FULLER, AND CHRIS COOK**

Dated: 10-21-02

MANUEL CERVANTES
City Attorney

Frank E. Villaume III, #112860
Assistant City Attorney
550 City Hall
15 West Kellogg Blvd.
St. Paul, MN 55108
(651) 266-8775

**ORDER**

Based upon the foregoing Stipulation for Amendment entered into by the parties, through their respective counsel, and upon all the files, records and proceedings herein;

IT IS HEREBY ORDERED:

1. Plaintiffs may amend their Complaint in the form attached as Exhibit A;

2. Defendants shall accept service of the Amended Complaint; and

3. Defendants shall answer the Amended Complaint within ten (10) days of the entry of this Order.

Dated: November 18, 2002.

SUSAN RICHARD NELSON
United States Magistrate Judge