**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Kathleen O'Connor, and
Julie Tossey,

Plaintiffs,

vs.

City of St. Paul, Timothy K. Fuller,
Gary Olding, and Chris Cook,

Defendants.

Case No. 01-CV-846 MJD/SRN

**STIPULATION AND ORDER**

---

Whereas, Stipulations of Dismissal with Prejudice of Defendants Mayor Norm Coleman, John Hamilton and Mark Robertson and Orders were filed, and judgments entered, on August 12, 2002; and

Whereas, a Stipulation of Dismissal with Prejudice of Defendant Patrick Smith and Order has been submitted for filing; and

Whereas, all the parties agree to the dismissals but not all the parties have signed the Stipulations; and

Whereas, it is the intention of the parties to reaffirm their agreement to said dismissals so as to avoid the possibility of future collateral attack;

NOW, THEREFORE, it is hereby stipulated and agreed by and between all the parties who have appeared in this action, through their respective counsel, that all causes of action of Plaintiffs Kathleen O'Connor and Julie Tossey against Defendants Coleman, Hamilton,

FILED 1-21-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 1-21-03
DEPUTY CLERK

Robertson and Smith, of whatever nature, are dismissed with prejudice and on the merits, without further cost to any of the parties.

**ATTORNEYS FOR PLAINTIFFS**

Dated: 1-2-03

Sandra K. Kensy (#225198)
Attorney at Law
5430 Carlson Road
St. Paul, MN 55126
(651) 494-9463

Dated: 1-3-03

Daniel J. Boivin (#135215)
MESHBESHER & SPENCE
1616 Park Avenue
Minneapolis, MN 55404
(612) 339-9121

**ATTORNEYS FOR DEFENDANT GARY OLDING**

Dated: 1-10-03

John H. Guthmann (#123079)
HANSEN, DORDELL, BRADT, ODLAUG & BRADT
3900 Northwoods Drive, Suite 250
St. Paul, MN 55112
(651) 482-8900

**ATTORNEYS FOR DEFENDANT PATRICK SMITH AND GARY OLDING**

Dated: 12-24-02 _______________

David H. Johnson (#202666)
Karin Peterson (#185048)
Ann Walther (#21369X)
RICE, MICHELS & JOHNSON LLP
206 East Bridge-Riverplace
10 Second Street, Northeast
Minneapolis, MN 55413
(612) 676-2300

**ATTORNEYS FOR DEFENDANTS CITY OF ST. PAUL, TIMOTHY K. FULLER AND CHRIS COOK**

MANUEL CERVANTES
City Attorney

Dated: 12-19-2002 _______________

Frank E. Villaume III (#112860)
Assistant City Attorneys
550 City Hall
15 West Kellogg Blvd.
St. Paul, MN 55102
(651) 266-8775

Kathleen O'Connor, et al. v. City of St. Paul, et al., Civil No.: 01-846 (MJD/SRN)

**ORDER**

Based upon the foregoing Stipulation entered into by the parties, through their respective counsel, and upon all the files, records and proceedings herein;

IT IS HEREBY ORDERED that the Plaintiffs' action against Defendants Mayor Norm Coleman, John Hamilton, Mark Robertson and Patrick Smith is dismissed with prejudice and on the merits and without further cost to any of the parties hereto.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: 1-17-03

Michael J. Davis
Judge of U.S. District Court