UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.: 01-846 (MJD/SRN)

KATHLEEN O'CONNER, ET AL.,

Plaintiffs,

v.

**ORDER OF REFERRAL**

CITY OF ST. PAUL, ET AL.,

Defendants.

---

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge Susan R. Nelson is designated to conduct hearings on all non-dispositive and dispositive motions. In regard to dispositive motions, Magistrate Judge Nelson is to submit proposed findings of fact and recommendations of law on any motions (including motions to dismiss or for summary judgment) which may be filed in this matter. Any such motions shall be noticed for hearing before Magistrate Judge Susan R. Nelson.

Dated: 3-4-03

Michael J. Davis, Judge
United States District Court

FILED 3-5-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK