# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

Kathleen O'Connor,
Julie Tossey,

Plaintiff(s),

v.

City of St. Paul,
Timothy K. Fuller,
Gary Olding,
Chris Cook

Defendant(s).

**COURT MINUTES**
BEFORE: Susan Richard Nelson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | CV-01-846 MJD/SRN |
| Date: | May 6, 2004 |
| Court Reporter: | |
| Tape Number: | |
| Time Commenced: | 9:30 a.m. |
| Time Concluded: | 4:30 p.m. |
| Time in Court: | 7 Hours |

APPEARANCES:

Plaintiff(s): Daniel Boivin, Sandra Kensy for Kathleen O'Connor
Daniel Boivin, Sandra Kensy for Julie Tossey

Defendant(s): Frank Villaume for City of St. Paul
Frank Villaume for Timothy K. Fuller
John Catron for Gary Olding
Frank Villaume for Chris Cook

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** ☐ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

*PLEASE TEXT IN DETAILS HERE (INCLUDING DOC #'S AND TILES)*

Final Settlement Conference. MATTER SETTLED.

Motions taken under advisement as of:

☐ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/Bevery Riches
Judicial Assistant