**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Kathleen O'Connor, and
Julie Tossey,

Plaintiffs,

vs.

City of St. Paul, Timothy K. Fuller,
Gary Olding, and Chris Cook,

Defendants.

Case No. 01-CV-846 MJD/SRN

**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT CHRIS COOK**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that any remaining claims of Plaintiffs Kathleen O'Connor and Julie Tossey against Defendant Chris Cook are dismissed with prejudice and on the merits, but without cost to any of the parties.

**ATTORNEYS FOR PLAINTIFFS**

Dated: 5/6/04

Daniel J. Boivin (#135215)
MESHBESHER & SPENCE
1616 Park Avenue
Minneapolis, MN 55404
(612) 339-9121

Dated: 5/6/04

Sandra K. Kensy (#225198)
Attorney at Law
5430 Carlson Road
St. Paul, MN 55126
(651) 494-9463

**ATTORNEYS FOR GARY OLDING**

Dated: 5-6-04

John H. Guthmann
HANSEN, DORDELL, BRADT, ODLAUG & BRADT
3900 Northwoods Drive, Suite 250
St. Paul, MN 55112
(651) 482-8900

**ATTORNEYS FOR DEFENDANTS CITY OF ST. PAUL, TIMOTHY K. FULLER AND CHRIS COOK**

MANUEL CERVANTES
City Attorney

Dated: 4-29-04

Frank E. Villaume III (#112860)
Assistant City Attorneys
550 City Hall
15 West Kellogg Blvd.
St. Paul, MN 55102
(651) 266-8775

**ORDER**

Based upon the foregoing Stipulation of Dismissal with Prejudice entered into by and between the parties, through their respective counsel, and upon all the files, records and proceedings herein;

IT IS HEREBY ORDERED that the Plaintiffs' action against Defendant Chris Cook is hereby dismissed with prejudice and on the merits but without further cost to any of the parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: May 14, 2004

Michael J. Davis
Judge of U.S. District Court