UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kathleen O'Connor, and
Julie Tossey,

Plaintiffs,

vs.

City of St. Paul, Timothy K. Fuller,
Gary Olding, and Chris Cook,

Defendants.

Case No. 01-CV-846 MJD/SRN

**STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE OF DEFENDANT TIM FULLER**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that Count II, Deprivation of Equal Protection of the Laws, 42 U.S.C. § 1983 and Count VI, Retaliation/Reprisal, 42 U.S.C. § 2000e et. seq. against Defendant Timothy K. Fuller are dismissed with prejudice and on the merits, but without cost to any of the parties.

IT IS FURTHER STIPULATED AND AGREED, that Count VI, Retaliation/Reprisal, Minn. Stat. § 363.03, subd. 7 against Defendant Fuller remains for trial.

Dated: 5/6/04

**ATTORNEYS FOR PLAINTIFFS**

Daniel J. Boivin (#135215)
MESHBESHER & SPENCE
1616 Park Avenue
Minneapolis, MN 55404
(612) 339-9121

Dated: 5/6/04

Sandra K. Kensy (#225198)
Attorney at Law
5430 Carlson Road
St. Paul, MN 55126
(651) 494-9463

**ATTORNEYS FOR GARY OLDING**

Dated: 5-6-04

John H. Guthmann
HANSEN, DORDELL, BRADT, ODLAUG & BRADT
3900 Northwoods Drive, Suite 250
St. Paul, MN 55112
(651) 482-8900

**ATTORNEYS FOR DEFENDANTS CITY OF ST. PAUL, TIMOTHY K. FULLER AND CHRIS COOK**

MANUEL CERVANTES
City Attorney

Dated: 4-29-04

Frank E. Villaume III (#112860)
Assistant City Attorneys
550 City Hall
15 West Kellogg Blvd.
St. Paul, MN 55102
(651) 266-8775

**ORDER**

Based upon the foregoing Stipulation of Partial Dismissal with Prejudice entered into by and between the parties, through their respective counsel, and upon all the files, records and proceedings herein;

IT IS HEREBY ORDERED that Count II, Deprivation of Equal Protection of the Laws, 42 U.S.C. § 1983 and Count VI, Retaliation/Reprisal, 42 U.S.C. § 2000e et. seq. against Defendant Timothy K. Fuller are hereby dismissed with prejudice and on the merits but without further cost to any of the parties.

IT IS FURTHER ORDERED that Count VI, Retaliation/Reprisal, Minn. Stat. § 363.03, subd. 7 against Defendant Fuller remains for trial.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: May 21, 2004

Michael J. Davis
Judge of U.S. District Court