OAO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Kathleen O' Connor et al.

V.

City of St. Paul, et al.

## JUDGMENT IN A CIVIL CASE

Case Number: 01-CV-846 MJD/SRN

9 **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Count II, Deprivation of Equal Protection of the Laws, 42 U.S.C. section 1983 and Count VI, Retaliation/Reprisal, 42 U.S.C. section 2000e et seq. against Defendant Timothy K. Fuller are hereby dismissed with prejudice and on the merits but without further cost to any parties. It is further ordered that Count VI, Retaliation/Reprisal, Minn. Stat section 363.03, subd. 7 against Defendant Fuller remains for trial.

May 24, 2004
Date

RICHARD D. SLETTEN, CLERK

s/Jackie Mehl
(By) Jackie Mehl, Deputy Clerk