**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Kathleen O'Connor, and
Julie Tossey,

Plaintiffs,

vs.

City of St. Paul, Timothy K. Fuller,
Gary Olding, and Chris Cook,

Defendants.

Case No. 01-CV-846 MJD/SRN

**STIPULATION TO RETURN CONFIDENTIAL MATERIALS**

---

WHEREAS, on August 6, 2002, a Stipulation for Protective Order and Order was filed regarding allegations of workplace conduct violations against former Defendant Chris Cook; and

WHEREAS, Cook's deposition testimony regarding those allegations were considered "Confidential Materials" and made the subject of the Protective Order; and

WHEREAS, the Protective Order required that all documents containing confidential material filed with the Clerk of United States District Court be filed in sealed envelopes and identified as **CONFIDENTIAL**; and

WHEREAS, the Protective Order further provided that at the conclusion of the litigation, Plaintiffs' attorneys shall return all confidential materials and copies to counsel for Defendant Cook; and

WHEREAS, the litigation has been concluded;

NOW, THEREFORE, it is hereby stipulated by and between the parties, through their respective counsel, that Plaintiffs' attorneys shall return all confidential materials in their custody, and copies thereof to Frank E. Villaume III, counsel for Defendant Cook; and

IT IS FURTHER STIPULATED AND AGREED, that the Court enter an order directing the clerk to return to Mr. Villaume all filed documents containing confidential material.

**ATTORNEYS FOR PLAINTIFFS**

Dated: July 20, 2004

s/ Daniel J. Boivin
Daniel J. Boivin (#135215)
MESHBESHER & SPENCE
1616 Park Avenue
Minneapolis, MN 55404
(612) 339-9121

Dated: August 3, 2004

s/ Sandra K. Kensy
Sandra K. Kensy (#225198)
Attorney at Law
5430 Carlson Road
St. Paul, MN 55126
(651) 494-9463

**ATTORNEYS FOR GARY OLDING**

Dated: August 5, 2004

s/ John H. Guthmann
John H. Guthmann (#123079)
HANSEN, DORDELL, BRADT, ODLAUG & BRADT
3900 Northwoods Drive, Suite 250
St. Paul, MN 55112
(651) 482-8900

**ATTORNEYS FOR DEFENDANTS CITY OF ST. PAUL, TIMOTHY K. FULLER AND CHRIS COOK**

MANUEL CERVANTES
City Attorney

Dated: July 19, 2004

s/ Frank E. Villaume III
Frank E. Villaume III (#112860)
Assistant City Attorneys
550 City Hall
15 West Kellogg Blvd.
St. Paul, MN 55102
(651) 266-8775