**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2004, I caused the following documents:

1. Stipulation to Return Confidential Materials; and
2. Certificate of Service

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Daniel J. Boivin | dboivin@meshbesher.com |
| John H. Guthmann | jguthmann@hdbob.com |
| Frank E. Villaume III | frank.villaume@ci.stpaul.mn.us |

I further certify that I caused a copy of the foregoing documents and the notice(s) of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Sandra K. Kensy, Kensy Law Office, 5430 Carlson Rd., St. Paul, MN 55126

I further certify that I caused the proposed order to be filed with the court via e-mail to the judge hearing the motion:

| | |
|---|---|
| Judge Michael J. Davis | davis_chambers@mnd.uscourts.gov |

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

| | |
|---|---|
| Daniel J. Boivin | dboivin@meshbesher.com |
| John H. Guthmann | jguthmann@hdbob.com |
| Sandra K. Kensy | Kensy Law Office, 5430 Carlson Rd., St. Paul, MN 55126 |

Dated: September 22, 2004

s/ Karin E. Anderson
Karin E. Anderson, Paralegal
City Attorney's Office
550 City Hall & Courthouse
15 W. Kellogg Blvd.
St. Paul, MN 55102
651-266-8765