**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Kathleen O'Connor, and
Julie Tossey,

Plaintiffs,

vs.

City of St. Paul, Timothy K. Fuller,
Gary Olding, and Chris Cook,

Defendants.

Case No. 01-CV-846 MJD/SRN

**ORDER**

---

Based upon the foregoing Stipulation to Return Confidential Materials (ECF document number 106), and all the records, files and proceedings herein;

IT IS HEREBY ORDERED, that the Clerk of United States District Court is hereby directed to return to Frank E. Villaume III, attorney for former Defendant Chris Cook, all documents containing confidential material which were filed in the above-referenced action.

BY THE COURT:

Dated: September 28, 2004

s/ Michael J. Davis
Michael J. Davis
United States District Court Judge