**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Kathleen O'Connor, and
Julie Tossey,

Plaintiffs,

vs.

City of St. Paul, Timothy K. Fuller,
Gary Olding, and Chris Cook,

Defendants.

Case No. 01-CV-846 MJD/SRN

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that all remaining claims of Plaintiffs Kathleen O'Connor and Julie Tossey against Defendants may be dismissed with prejudice and on the merits and without further costs or fees to any of the parties.

**ATTORNEYS FOR PLAINTIFFS**

Dated: 9/24/04

s/ Daniel J. Boivin
Daniel J. Boivin (#135215)
MESHBESHER & SPENCE
1616 Park Avenue
Minneapolis, MN 55404
(612) 339-9121

Dated: 10/20/04

s/ Sandra K. Kensy
Sandra K. Kensy (#225198)
Attorney at Law
5430 Carlson Road
St. Paul, MN 55126
(651) 494-9463

**ATTORNEY FOR DEFENDANT**
**GARY OLDING**

Dated: 10/21/04

s/ John H. Guthmann
John H. Guthmann (#123079)
HANSEN, DORDELL, BRADT, ODLAUG
& BRADT
3900 Northwoods Drive, Suite 250
St. Paul, MN 55112
(651) 482-8900

**ATTORNEYS FOR DEFENDANT**
**CITY OF ST. PAUL**

MANUEL CERVANTES
City Attorney

Dated: 9/23/04

s/ Frank E. Villaume III
Frank E. Villaume III (#112860)
Assistant City Attorneys
550 City Hall
15 West Kellogg Boulevard
St. Paul, MN 55102
(651) 266-8775