**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2004, I caused the following documents:

1. Stipulation of Dismissal with Prejudice; and
2. Certificate of Service

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Daniel J. Boivin | dboivin@meshbesher.com |
| John H. Guthmann | jguthmann@hdbob.com |
| Frank E. Villaume III | frank.villaume@ci.stpaul.mn.us |

I further certify that I caused a copy of the foregoing documents and the notice(s) of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Sandra K. Kensy, Kensy Law Office, 5430 Carlson Rd., St. Paul, MN 55126

Dated: October 28, 2004

s/ Karin E. Anderson
Karin E. Anderson, Paralegal
City Attorney's Office
550 City Hall & Courthouse
15 W. Kellogg Blvd.
St. Paul, MN 55102
651-266-8765