**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Kathleen O'Connor, and
Julie Tossey,

Plaintiffs,

vs.

City of St. Paul, Timothy K. Fuller,
Gary Olding, and Chris Cook,

Defendants.

Case No. 01-CV-846 MJD/SRN

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Based upon the foregoing Stipulation of Dismissal with Prejudice (ECF document number 108) entered into by the parties, through their respective counsel, and upon all the files, records and proceeding herein;

IT IS HEREBY ORDERED, that Plaintiffs' action against the remaining Defendants is dismissed with prejudice and on the merits and without further costs or fees to any of the parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: November 22, 2004

s/ Michael J. Davis
Michael J. Davis
United States District Court Judge